**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOE** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| **ST. JOSEPH'S UNIVERSITY** | : | **NO.: 23-cv-2960** |
| | : | |

## O R D E R

**AND NOW**, this **8ᵗʰ** day of **August 2023**, in accordance with the court's

procedure for assignment of a United States Magistrate Judge to certain District

Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-

captioned case is Magistrate Pamela A. Carlos.

FOR THE COURT:


**JUAN R. SÁNCHEZ**
**Chief Judge**


**ATTEST:**


**_/s/George Wylesol_____**
**GEORGE WYLESOL**
**Clerk of Court**