IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br><br>      *Plaintiff*,<br><br>v.<br><br>ST. JOSEPH'S UNIVERSITY,<br><br>      *Defendant*. | Civil Action<br><br>No. 23-cv-2960 |

**ORDER**

**AND NOW**, this 8th day of August, 2023, it is hereby **ORDERED** that:

1. By the close of business on Wednesday, August 9, 2023, each party shall provide the other with: (1) documents and other exhibits the party plans to use at the August 10, 2023 hearing; and (2) a summary of any opinion testimony the party plans to introduce at the hearing.

2. Defendant shall provide Plaintiff with a copy of the letter and email from Dr. Joanne Minerva to Anne Egler.

3. The parties shall meet and confer regarding the admission of exhibits and any other stipulations that may expedite the August 10, 2023 hearing.

BY THE COURT:

/s/ Mitchell S. Goldberg
**MITCHELL S. GOLDBERG, J.**