IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JANE DOE,** | |
| *Plaintiff,* | Civil Action |
| v. | No. 23-cv-2960 |
| **ST. JOSEPH'S UNIVERSITY,** | |
| *Defendant.* | |

## ORDER

**AND NOW**, this 16th day of October, 2023, upon consideration of a letter filed by both parties requesting that this case be placed in suspense, it is hereby **ORDERED** that:

1. The Clerk of Court shall place this case on the suspense docket.

2. Within ninety (90) days of the date of this Order, the parties shall submit a joint letter on the status of the case.

3. The time for Defendant to respond to the complaint is extended while the case is in suspense. When the case is removed from suspense, an answer deadline will be set.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

1